# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
Twin Lakes Dairy L.P.

v.

U.S. Secretary of Labor Elaine Chao, and U.S. Dept. of Labor

Case Number:
07cv99999

**FILED: AUGUST 28, 2008**
**08CV4923**
**JUDGE KENDALL**
**MAGISTRATE JUDGE NOLAN**
**AEE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Twin Lakes Dairy L.P.

| | |
|---|---|
| NAME (Type or print) <br> s/ John C. Gardner | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ John C. Gardner | |
| FIRM <br> McGuireWoods LLP | |
| STREET ADDRESS <br> 77 West Wacker Drive, 41st Floor | |
| CITY/STATE/ZIP <br> Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6282929 | TELEPHONE NUMBER <br> 312-849-8100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐　　NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　　NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐　　NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐　　NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |

American LegalNet, Inc. <br> www.USCourtForms.com