*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: `08CV4923`                    Assigned/Issued By: `AEE`

Judge Name: `KENDALL`                      Designated Magistrate Judge: `NOLAN`

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP        ☐ No Fee     ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____           Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                    ☐ Alias Summons

☐ Third Party Summons                        ☐ Lis Pendens

☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons         _____
                                             _____
☐ Citation to Discover Assets                *(Victim, Against and $ Amount)*

☐ Writ _____            ☐ Other
      *(Type of Writ)*                       _____
                                             _____
                                             *(Type of issuance)*

_____Original and _____ copies on _____ as to _____
                                    *(Date)*

_____

_____